*Benjamin M. Goldstein* for appellant-respondent.

*Ellsworth Baker* for respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP ORLANDO, Appellant.

Argued October 20, 1952; decided November 20, 1952.

*Harry G. Anderson* for appellant.

*Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL BOSWORTH, Appellant.

Argued October 10, 1952; decided November 20, 1952.

